# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SYNTHEON, LLC, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action NO. 16-10244-ADB |
| COVIDIEN AG, | ) ) ) | |
| Defendant. | ) ) | |

## ASSENTED-TO MOTION FOR ONE WEEK EXTENSION OF TIME TO FILE OPPOSITION TO PENDING MOTION

Defendant Covidien AG hereby moves, with the assent of plaintiff Syntheon, for a one week extension to file its opposition to Syntheon's pending motion for a preliminary injunction. In support of this assented-to motion Covidien states:

1. Syntheon filed its motion for a preliminary injunction on August 12, 2016. Under the Local Rules, Covidien's opposition is due August 26, 2016.

2. As a result of a combination of vacations, travel schedules, and various personal and other case commitments, it has been difficult for Covidien's counsel to coordinate with the client in order to complete Covidien's opposition by August 26, 2016.

3. The requested extension of one week, which will result in the opposition being filed on September 2, 2016, will enable Covidien's counsel to coordinate with the client, and submit an opposition that will be more helpful to the court.

4. Syntheon will not be prejudiced by the one week extension. In fact, Syntheon's counsel assents to this motion.

ACTIVE/87784795.1

WHEREFORE, Covidien requests that this motion be granted, and that the deadline for submission of its opposition to plaintiff's motion for a preliminary injunction be extended from August 26, 2016 to September 2, 2016.

Respectfully Submitted,

COVIDIEN AG,

By its attorneys,

/s/ David J. Apfel
David J. Apfel (BBO No. 551139)
dapfel@goodwinlaw.com
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel: 617.570.1970
Fax: 617.523.1231

Drew M. Wintringham, III
drew.wintringham@dlapiper.com
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: 212.335.4500
Fax: 212.335.4501

Matthew D. Satchwell
Illinois Bar No. 6290672
matthew.satchwell@dlapiper.com
Ferlillia V. Roberson
Illinois Bar No. 6296432
ferlillia.roberson@dlapiper.com
DLA PIPER LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
Tel: 312.368.4000
Fax: 312.236.7516

Date:  August 26, 2016

## CERTIFICATE OF SERVICE

I, David J. Apfel, hereby certify that I have this day, August 26, 2016, electronically served the above Assented-To Motion for One Week Extension of time to File Opposition to Pending Motion through the ECF system on all counsel of record identified on the Notice of Electronic Filing (NEF). A paper copy of the Defendant's Corporate Disclosure Statement shall be served by mail on all counsel not identified on the NEF.

/s/ David J. Apfel
David J. Apfel (BBO #551153)

Dated: August 26, 2016

## LOCAL RULE 7.1(A)(2) CERTIFICATE

I, David J. Apfel, hereby certify that I have conferred in good faith with plaintiff's counsel, Richard Yurko, with regard to defendant's motion requesting a one week extension to respond to plaintiff's pending motion for a preliminary injunction, and Mr. Yurko, on behalf of his client, assented to the motion seeking a one week extension.

/s/ David J. Apfel
David J. Apfel (BBO #551153)

Dated: August 26, 2016