# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SYNTHEON, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. NO. 16-10244-DPW |
| ) | |
| COVIDIEN AG, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all Parties of Record, please enter my appearance for the Plaintiff Syntheon, LLC.

    SYNTHEON, LLC

    By its attorneys,

    /s/ Anthony B. Fioravanti

    Richard J. Yurko (BBO# 538300)
    Douglas W. Salvesen (BBO# 550322)
    Anthony B. Fioravanti (BBO# 664823)
    YURKO, SALVESEN & REMZ, P.C.
    One Washington Mall
    Boston, MA 02108
    (617) 723-6900

Dated: September 6, 2016

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 6, 2016, a true and accurate copy of the foregoing was served via the ECF system on all counsel of record, and that any counsel not receiving electronic notifications via the ECF system will be served via first class U.S. mail, postage prepaid.

                                                          s/Anthony B. Fioravanti