UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SYNTHEON, LLC, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 16-cv-10244-ADB |
| COVIDIEN AG, | * | |
| Defendant. | * | |

# ORDER

November 9, 2016

BURROUGHS, D.J.

This case involves a breach of contract and royalties dispute between Syntheon, LLC (the "Plaintiff") and Covidien AG (the "Defendant"). Presently before the Court are Plaintiff's Motion for Preliminary Injunction [ECF No. 27], Plaintiff's Motion to Amend the Amended Complaint [ECF No. 46], and Plaintiff's Motion to Require Defendant to Remove Confidentiality Designation Placed on its Interrogatory Responses and for Sanctions [ECF No. 48]. Defendant has opposed each of these motions [ECF Nos. 34, 47, 50]. Plaintiff and Defendant also disagree as to the terms of a protective order for this case. [ECF Nos. 24, 25, 26]. The Court held a hearing on these motions and the protective order dispute on November 8, 2016. After considering the briefs and oral arguments, the Court ORDERED as follows:

- Plaintiff's Motion for Preliminary Injunction [ECF No. 27] is DENIED as moot with leave to renew if necessary. Parties are ORDERED to comply with the terms of their Asset Purchase Agreement.

- Plaintiff's Motion to Amend the Amended Complaint [ECF No. 46] is GRANTED.

1

- Plaintiff's Motion for Discovery [ECF No. 48] is <u>DENIED</u> in as moot as to Plaintiff's request for a court order removing the "Highly Confidential" designations on Defendant's interrogatories. Plaintiff's request for sanctions is also <u>DENIED</u>.

- The parties shall submit a revised protective order that reflects the Court's resolutions of the identified issues.

**SO ORDERED.**

Dated: November 9, 2016

<u>/s/ Allison D. Burroughs</u>
ALLISON D. BURROUGHS
UNITED STATES DISTRICT JUDGE
