**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SYNTHEON, LLC, <br><br> Plaintiff, <br> v. <br><br> COVIDIEN AG, <br><br> Defendant. | Civil Action No. 1:16-CV-10244-ADB |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all Parties of Record, please enter my appearance on behalf of Plaintiff, Syntheon, LLC, in this case.

Dated:  December 2, 2016

Respectfully submitted,

SYNTHEON, LLC,

By its Attorney,

 /s/  Ann Lamport Hammitte
Ann Lamport Hammitte (BBO No. 553263)
LANDO & ANASTASI, LLP
Riverfront Office Park
One Main Street, 11th Floor
Cambridge, MA  02142
Telephone:  (617) 395-7000
Facsimile:  (617) 395-7070
emailservice@lalaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing NOTICE OF APPEARANCE was filed through the ECF system and will be sent electronically to the registered participants this 2nd day of December 2016.

Dated:  December 2, 2016        /s/  Ann Lamport Hammitte
        Ann Lamport Hammitte