**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| SYNTHEON, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. NO. 16-10244-ADB |
| | ) | |
| COVIDIEN AG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiff Syntheon, LLC and Defendant Covidien AG file this Joint Motion for Entry of

Protective Order. Plaintiff and Defendant have reached agreement on all issues in the proposed

Protective Order. The parties therefore respectfully request that the Court enter the attached

order.

Dated: December 21, 2016

Respectfully submitted,

/s/ Douglas W.Salvesen (with permission)
Richard J. Yurko (BBO# 538300)
RYurko@bizlit.com
Douglas W. Salvesen (BBO# 550322)
YURKO, SALVESEN & REMZ, P.C.
One Washington Mall, 11th Floor
(617) 723-6900
Boston, MA 02108

ATTORNEYS FOR PLAINTIFF
SYNTHEON, LLC

/s/    David J. Apfel
David J. Apfel (BBO No. 551139)
dapfel@goodwinprocter.com
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
Tel: 617.570.1970
Fax: 617.227.8591

Drew M. Wintringham, III
drew.wintringham@dlapiper.com
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: 212.335.4500
Fax: 212.335.4501

Matthew D. Satchwell
Illinois Bar No. 6290672
matthew.satchwell@dlapiper.com
Ferlillia V. Roberson
Illinois Bar No. 6296432
ferlillia.roberson@dlapiper.com
DLA PIPER LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
Tel: 312.368.4000
Fax: 312.236.7516

ATTORNEYS FOR DEFENDANT
COVIDIEN AG

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 21st day of December 2016, with a copy of this document via the Court's CM/ECF system.

/s/ Matthew D. Satchwell
Matthew D. Satchwell