**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| SYNTHEON, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. NO. 16-10244-ADB |
| COVIDIEN AG, | ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF'S ASSENTED-TO MOTION FOR LEAVE
TO FILE DOCUMENTS UNDER SEAL**

In accordance with Local Rule 7.2 and the Protective Order entered in this action (Docket No. 57), Plaintiff Syntheon, LLC moves for leave to file the Exhibits to the Affidavit of Sean McBrayer (Docket No. 65) under seal. As grounds for this motion, the Plaintiff states as follows:

1. The materials that the Plaintiff seeks to file under seal have been designated as "Confidential" by one or more of the parties under the Protective Order. Consideration by the Court of these confidential materials is necessary to Plaintiff's Motion for Partial Summary Judgment and is relevant to the Plaintiff's claim for breach of contract.

2. The materials filed under seal should remain under seal until such time that (a) the parties agree that they may be publicly disclosed; or (b) this Court rules that they are not exempt from public disclosure.

3. Defendant Covidien AG has assented to this Motion.

                    SYNTHEON, LLC

                    By its attorneys,

                    /s/ Richard J. Yurko

                    Richard J. Yurko (BBO# 538300)
                    YURKO, SALVESEN & REMZ, P.C.
                    One Washington Mall
                    Boston, MA 02108
                    (617) 723-6900

Dated: February 1, 2017

LOCAL RULE 7.1(A)(2) CERTIFICATION

 Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have conferred with counsel for the Defendant in good faith and counsel has assented to the relief sought by this Motion.

 /s/ Douglas W. Salvesen

Dated:  February 1, 2017

CERTIFICATE OF SERVICE

 I hereby certify that this document was filed through the ECF system and served electronically on all registered participants as identified in the Notice of Electronic Filing (NEF), which includes counsel for all parties.

 /s/ Douglas W. Salvesen

Dated:  February 1, 2017