**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| SYNTHEON, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. NO. 16-10244-ADB |
| | ) | |
| COVIDIEN AG, | ) | |
| | ) | |
| Defendant. | ) | |

**ASSENTED-TO MOTION TO EXTEND FILING DEADLINE**

Defendant Covidien AG, with the assent of Plaintiff Syntheon, LLC, hereby moves to extend by two weeks, from February 21, 2017 until and including March 7, 2017, the deadline by which Covidien must file its Opposition to Syntheon's pending Motion for Partial Summary Judgment. In support of this motion to extend, Covidien states:

1. Prior professional and personal commitments of Covidien's attorneys, including outside counsel and Covidien in-house counsel who are responsible for this litigation, and the upcoming school vacation week, are making it all but impossible for Covidien to finalize its Opposition by the current deadline of this coming Tuesday, January 21, 2017.

2. The requested two week extension will give Covidien the time necessary to complete its Opposition. There is no question that the Opposition the Court will receive if the requested extension is granted will be far more useful to the Court than any Opposition Covidien would file by this Tuesday.

3. The requested extension will not cause any alteration in the case-schedule. It will not affect the current discovery deadline, and will not alter any other deadline in the case.

4.     The requested extension will not cause any prejudice to Syntheon.   Indeed, Syntheon, through counsel, has assented to this motion to extend.

WHEREFORE, Covidien requests that this motion to extend the deadline by which it must file its Opposition to Syntheon's motion for partial summary judgment be extended by two weeks, from February 21, 2017 to and including March 7, 2017.

    COVIDIEN AG,

    By its attorneys,

    /s/ David J. Apfel
    David J. Apfel (BBO No. 551139)
    dapfel@goodwinlaw.com
    GOODWIN PROCTER LLP
    100 Northern Avenue
    Boston, MA   02210
    Tel: 617.570.1970
    Fax: 617.523.1231

    Drew M. Wintringham, III
    drew.wintringham@dlapiper.com
    DLA PIPER LLP (US)
    1251 Avenue of the Americas
    New York, New York 10020-1104
    Tel: 212.335.4500
    Fax: 212.335.4501

    Matthew D. Satchwell
    Illinois Bar No. 6290672
    matthew.satchwell@dlapiper.com
    Ferlillia V. Roberson
    Illinois Bar No. 6296432
    ferlillia.roberson@dlapiper.com
    DLA PIPER LLP (US)
    203 North LaSalle Street, Suite 1900
    Chicago, Illinois 60601-1293
    Tel: 312.368.4000
    Fax: 312.236.7516

Dated: February 17, 2017

CERTIFICATE OF SERVICE

    I, David J. Apfel, hereby certify that the above assented-to motion was filed through the ECF system and served electronically on all registered participants as identified in the Notice of Electronic Filing (NEF), including counsel of record for all parties.

                                            /s/ David J. Apfel

Dated: February 17, 2017

LOCAL RULE 7.1(a)(2) CERTIFICATION

    I, David J. Apfel, certify pursuant to Local Rule 7.1(A)(2) that I conferred in good faith with Plaintiff's counsel with regard to the above Motion to Extend Filing Deadline, and Plaintiff's counsel assented to the motion for the requested two week extension.

                                              /s/ David J. Apfel

Dated: February 17, 2017