**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| SYNTHEON, LLC, | ) | |
|  | ) | |
|         Plaintiff, | ) | |
| v. | ) | C.A. NO. 16-10244-ADB |
|  | ) | |
| COVIDIEN AG, | ) | |
|  | ) | |
|         Defendant. | ) | |

**PLAINTIFF'S ASSENTED-TO MOTION**
**TO EXTEND TIME TO FILE REPLY**

Plaintiff Syntheon LLC moves to extend from March 21, 2017, to March 28, 2017, the time within which to file a Reply to the Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment. In support of this Motion, Syntheon states that it requires the additional time to address the arguments raised in the Defendant's Opposition.

Defendant Covidien AG has assented to this motion.

>                                SYNTHEON, LLC
>
>                                By its attorneys,
>
>                                /s/ Douglas W. Salvesen
>
>                                Douglas W. Salvesen (BBO# 550322)
>                                YURKO, SALVESEN & REMZ, P.C.
>                                One Washington Mall
>                                Boston, MA 02108
>                                (617) 723-6900

Dated:  March 16, 2017

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have conferred with counsel for the Defendant in good faith and Defendant has assented to the extension requested by this Motion.

/s/ Douglas W. Salvesen

Dated: March 16, 2017

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and served electronically on all registered participants as identified in the Notice of Electronic Filing (NEF), which includes counsel for all parties.

/s/ Douglas W. Salvesen

Dated: March 16, 2017