# EXHIBIT C

Follow:

- GAMES
- BROWSE THESAURUS
- WORD OF THE DAY
- VIDEO
- WORDS AT PLAY
- FAVORITES



SINCE 1828
Menu

switch

×
dictionarythesaurus

An Encyclopædia Britannica Company

- GAMES
- THESAURUS
- WORD OF THE DAY
- VIDEO
- WORDS AT PLAY
- FAVORITES

Follow:

1

# 1. switch

play
*noun* \ˈswich\
Popularity: Bottom 50% of words
**Examples:** *switch* in a sentence

- 
- 
- 
- 



- 

    Writing? Check your grammar now!

## a.  Definition of *switch*

1. *1* :  a slender flexible whip, rod, or twig *a riding switch*
2. *2* :  an act of switching: such as*a* :  a blow with a switch*b* :  a shift from one to another*c* :  a change from the usual *that outfit is a switch*
3. *3* :  a tuft of long hairs at the end of the tail of an animal (as a cow) — see cow illustration
4. *4* :  a device made usually of two movable rails and necessary connections and designed to turn a locomotive or train from one track to another
5. *5* :  a device for making, breaking, or changing the connections in an electrical circuit
6. *6* :  a heavy strand of hair used in addition to a person's own hair for some coiffures

See *switch* defined for English-language learners

See *switch* defined for kids

## b.  Examples of *switch* in a sentence

1. She flicked a *switch* and turned the lamp on.
2. He threw the *switch* to stop the machine.

## c.  Origin and Etymology of *switch*

perhaps from Middle Dutch *swijch* twig

First Known Use: 1592

## d.  *switch* Synonyms

**Synonyms**

flogger, lash, scourge, whip

**Related Words**

birch, blacksnake, bullwhip, cat-o'-nine-tails, cowhide, crop, hickory, knout, quirt, rattan, rawhide, strap; bastinado (*or* bastinade), bat, baton, billy, billy club, bludgeon, cane, club, cudgel, flail, nightstick, staff

---

2

## e.    switch

*verb*

## f.    Definition of *switch*

1. **transitive verb**
2. *1* :  to strike or beat with or as if with a switch
3. *2* :  whisk, lash *a cat switching its tail*
4. *3a (1)* :  to turn from one railroad track to another :  shunt *(2)* :  to move (cars) to different positions on the same track within terminal areas*b* :  to make a shift in or exchange of *switch seats*
5. *4a* :  to shift to another electrical circuit by means of a switch*b (1)* :  to operate an electrical switch so as to turn (as a device) on or off —usually used with *on* or *off (2)* :  to change to or from an active state —usually used with *on* or *off switched on the gene*
6. **intransitive verb**
7. *1* :  to lash from side to side
8. *2* :  to make a shift or exchange

## g.    switchable

play \ˈswi-chə-bəl\ *adjective*

## h.    switcher

*noun*

See *switch* defined for English-language learners

## i.    Examples of *switch* in a sentence

1. I *switched* to a new doctor.
2. He kept *switching* back and forth between topics.
3. She *switched* back to her original insurance company.

4. We *switched* over to a different telephone service.
5. Why did you *switch* jobs?

Circa 1611

## j.      First Known Use of *switch*

circa 1611

## k.      *switch* Synonyms

**Synonyms**

commute, exchange, shift, substitute, swap, change, trade

**Related Words**

interchange; displace, replace, supersede; cede, hand over, surrender, yield; reciprocate

**Near Antonyms**

maintain, support, uphold

---

## l.      Phrases related to SWITCH
## m.     Related Phrases

- dip switch
- time switch
- change/shift/switch gears
- dimmer switch
- switch off
- switch on
- that's a switch

---

## n.      SWITCH Defined for English Language Learners

1

## o.      switch

play

*noun* \ˈswich\

## p.    Definition of *switch for English Language Learners*

- : a small device that starts or stops the flow of electricity to something (such as a lamp or a machine) when it is pressed or moved up and down
- : a sudden change from one thing to another
- : a device for moving the rails of a track so that a train may be turned from one track to another

2

## q.    switch

*verb*

## r.    Definition of *switch for English Language Learners*

- : to make a change from one thing to another : to start doing or using something that is different
- : to make a change from one thing to another by turning or pushing a button or moving a switch, lever, etc.
- : to change or replace (something) with another thing

## s.    SWITCH Defined for Kids

1

## t.    switch

play
*noun* \ˈswich\

## u.    Definition of *switch* for Students

1. *1* **:** a device for making, breaking, or changing the connections in an electrical circuit
2. *2* **:** a change from one thing to another *a switch in plans*
3. *3* **:** a narrow flexible whip, rod, or twig
4. *4* **:** an act of switching

5. *5* **:** a device for adjusting the rails of a track so that a train or streetcar may be turned from one track to another

2

## v. switch

[play](#)
*[verb](#)*

## w. Definition of *switch* for Students
## x. switched

;

## y. switching

1. *1* **:** to turn, shift, or change by operating a device that makes, breaks, or changes the connections in an electrical circuit *Remember to switch off the light.*
2. *2* **:** to move quickly from side to side *The cow was switching its tail.*
3. *3* **:** to make a shift or change *He switched to a new barber.*
4. *4* **:** to strike with or as if with a whip, rod, or twig

## z. Learn More about *switch*

1. See [words that rhyme with *switch*](#)Thesaurus: [All synonyms and antonyms for *switch*](#)Spanish Central: [Translation of *switch*](#)Nglish: [Translation of *switch* for Spanish speakers](#)Britannica English: [Translation of *switch* for Arabic speakers](#)Britannica.com: [Encyclopedia article about *switch*](#)

## aa. Seen and Heard

What made you want to look up *switch*? Please tell us where you read or heard it (including the quote, if possible).

[show hide](#) 10 comments

**[WORD OF THE DAY](#)**

**besmirch**

play

to sully or soil

Get Word of the Day daily email!

SUBSCRIBE

**TRENDING NOW**

1. wiretap 'To tap a telephone or telegram wire in order to get information'
2. complicit 'She's beautiful...she's powerful...she's complicit'
3. neophyte 'a beginner'
4. incredulous 'Indisposed to admit or accept what is related as true'
5. refute 'To deny the truth or accuracy of'

SEE ALL

**BROWSE DICTIONARY**

Previous
swisher
swishier
swishiest
swishingly
swishy
Swiss
swiss blue
Swiss catchfly
Swiss chard
Swiss cheese
Swiss cheese plant
Swisser
Swiss guard
swissing
Swiss mountain pine
Swiss pine
Swiss roll
Swiss steak
Swiss stone pine
Swiss tea
switch
switchable
switch angle

switchback
switchblade
switchboard
switch box
switch cane
switched–on
switchel
switch engine
switcher
switcher gear
switcheroo
switcheroos
switchgear
switchgrass
switch–hit
switch–hitter
switch–hitting
switch hook
Next

**WORD GAMES**

Take a 3-minute break and test your skills!

- 
- What is an earlier meaning of **nice**?

- round  lewd
- political  fantastical



Test your vocabulary with our 10-question quiz!

TAKE THE QUIZ



**Test Your Knowledge** - and learn some interesting things along the way.

TAKE THE QUIZ

**Words at Play**

**A Tale of Two 'Repairs'**

Some problems of English spelling can't be fixed

**Can You Say 'Very Pleased'?**

Our answer may or may not please you

**Why Do We Call It a 'Train'?**

The 'clothing' meaning came first

**'People' vs. 'Persons'**

The collective noun is 'people'

**Ask the Editors**

**The Serial Comma**

Why don't they call it the Merriam-Webster comma?

**Is it 'I Could Care Less' or 'I Couldn't Care Less'?**

Because we care

**Irregardless**

It is in fact a real word (but that doesn't mean you should use it).

**Weird Plurals**

One goose, two geese. One moose, two... moose. What's up with that?

**Word Games**

**Slippery Words Quiz—Changing with the Times**

Do you know these earlier meanings of words?

Take the quiz

**What did you just call me?! A Quiz**

Never be caught off guard

Take the quiz

**How Strong Is Your Vocabulary?**

Test your vocabulary with our 10-question quiz!

Take the quiz

**Word Winder's CrossWinder**

A game of winding words.

Play the game
Merriam Webster

Learn a new word every day. Delivered to your inbox!



OTHER MERRIAM-WEBSTER DICTIONARIES

- SPANISH CENTRAL
- LEARNER'S ESL DICTIONARY
- WORDCENTRAL FOR KIDS
- VISUAL DICTIONARY

- SCRABBLE® WORD FINDER
- MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY
- BRITANNICA ENGLISH - ARABIC TRANSLATION
- NGLISH - SPANISH-ENGLISH TRANSLATION

FOLLOW US

- facebook
- twitter
- youtube
- instagram

- Browse the Dictionary:
- a
- b
- c
- d
- e
- f
- g
- h
- i
- j
- k

- [l](l)
- [m](m)
- [n](n)
- [o](o)
- [p](p)
- [q](q)
- [r](r)
- [s](s)
- [t](t)
- [u](u)
- [v](v)
- [w](w)
- [x](x)
- [y](y)
- [z](z)
- [0-9](0-9)

- [Home](Home)
- [Help](Help)
- [Apps](Apps)
- [About Us](About Us)
- [Shop](Shop)
- [Advertising Info](Advertising Info)
- [Dictionary API](Dictionary API)
- [About Our Ads](About Our Ads)
- [Contact Us](Contact Us)
- [The Open Dictionary](The Open Dictionary)
- [Word of the Year](Word of the Year)
- [Law Dictionary](Law Dictionary)
- [Medical Dictionary](Medical Dictionary)
- [Privacy Policy](Privacy Policy)
- [Terms of Use](Terms of Use)

- [Browse the Thesaurus](Browse the Thesaurus)
- [Browse the Medical Dictionary](Browse the Medical Dictionary)
- [Browse the Legal Dictionary](Browse the Legal Dictionary)
- [Browse the Spanish-English Dictionary](Browse the Spanish-English Dictionary)

© 2017 Merriam-Webster, Incorporated

[Learn More from M-W](Learn More from M-W)



**Trending: White House: Trump Was Not Using 'Wiretapping' to Refer to 'Wiretapping'**

Learn More from M-W

**A Tale of Two 'Repairs'**

Learn More from M-W

**Slippery Words Quiz—Changing with the Times**

Learn More from M-W

**The Serial Comma**

Learn More from M-W

**Merriam-Webster and LACMA: Words and Pictures**

<img src="//pixel.quantserve.com/pixel/p-2a93ALTZSnZrY.gif" style="display: none;" height="1" width="1" alt="Quantcast"/>