**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| SYNTHEON, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. NO. 16-10244-ADB |
| COVIDIEN AG, | ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF'S SECOND ASSENTED-TO MOTION**
**TO EXTEND TIME TO FILE REPLY**

Plaintiff Syntheon LLC moves to extend from March 28, 2017, to April 4, 2017, the time within which to file a Reply to the Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment. In support of this Motion, Syntheon states that it requires the additional time to address the arguments raised in the Defendant's Opposition and that no hearing date has yet been scheduled on the Motion for Partial Summary Judgment.

Defendant Covidien AG has assented to this motion.

                                                                              SYNTHEON, LLC

                                                                              By its attorneys,

                                                                              /s/ Douglas W. Salvesen

                                                                              Douglas W. Salvesen (BBO# 550322)
                                                                              YURKO, SALVESEN & REMZ, P.C.
                                                                              One Washington Mall
                                                                              Boston, MA 02108
                                                                              (617) 723-6900

Dated: March 28, 2017

LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have conferred with counsel for the Defendant in good faith and Defendant has assented to the extension requested by this Motion.

/s/ Douglas W. Salvesen

Dated: March 28, 2017

CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and served electronically on all registered participants as identified in the Notice of Electronic Filing (NEF), which includes counsel for all parties.

/s/ Douglas W. Salvesen

Dated: March 28, 2017