# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SYNTHEON, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | C.A. NO. 16-10244-ADB |
| ) | |
| COVIDIEN AG, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S PRELIMINARY PROPOSED CLAIM CONSTRUCTIONS AND INTRINSIC EVIDENCE**

Pursuant to the Court's Scheduling Order, Defendant Covidien AG ("Covidien") identifies the following preliminary claim claims terms for construction.

The proposed constructions address construction of terms, phrases, and/or clauses for claims of the issued patents identified by Syntheon LLC ("Syntheon") in response to Covidien's Interrogatory No. 3. The Parties have agreed to postpone any exchange of terms from Canadian Patent No. 2,707,837 ("'837 patent"). Covidien maintains its position that construction of the '837 patent is improper and unnecessary, at least because the issue of whether the '837 patent covers Covidien's Sonicision product is not relevant to any disputed claim or defense at issue in the instant litigation in view of Covidien's written commitment to pay retroactive royalties to Syntheon on Canadian sales of the Sonicision product.

The proposed constructions and intrinsic evidence set forth herein are preliminary in nature and based on Covidien's current knowledge and information reasonably available to Covidien at this time. Covidien's investigation and discovery are ongoing, and it therefore expressly reserves the right to revise, supplement, identify, designate and/or modify the proposed

constructions and/or other intrinsic evidence based on its continuing investigation and discovery. Depending upon the constructions proposed by Syntheon, the intrinsic and/or evidence, if any, cited by Syntheon, Covidien further reserves the right to revise, supplement, identify, designate and/or modify the proposed constructions and/or other intrinsic evidence.  This disclosure is not intended, and should not be construed, as a waiver of any argument.

Dated: February 15, 2017  By: */s/ Matthew D. Satchwell*

    Matthew D. Satchwell (Lead Counsel)
    Illinois Bar No. 6290672
    matthew.satchwell@dlapiper.com
    Ferlillia V. Roberson
    Illinois Bar No. 6296432
    ferlillia.roberson@dlapiper.com
    **DLA PIPER LLP (US)**
    203 North LaSalle Street, Suite 1900
    Chicago, Illinois 60601-1293
    Tel: 312.368.4000
    Fax: 312.236.7516
    Drew M. Wingtringham, III
    drew.wintringham@dlapiper.com
    **DLA PIPER LLP (US)**
    1251 Avenue of the Americas
    New York, New York 10020-1104
    Tel: 212.335.4500
    Fax: 212.335.4501

    David J. Apfel (BBO No. 551139)
    dapfel@goodwinprocter.com
    **GOODWIN PROCTER LLP**
    Exchange Place
    Boston, MA 02109
    Tel. 617.570.1970
    Fax: 617.227.8591

    *ATTORNEYS FOR DEFENDANT*
    *COVIDIEN AG*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 15, 2017, a true and correct copy of the above and foregoing document was forwarded by electronic mail to all counsel of record as follows.

  Douglas W. Salvesen
  dsalvesen@bizlit.com

  Richard J. Yurko
  ryurko@bizlit.com

  Anthony B. Fioravanti
  afioravanti@bizlit.com

  Ann Lamport Hammitte
  AHammitte@lalaw.com

  Thomas P. McNulty
  TMcNulty@lalaw.com

*/s/ Matthew D. Satchwell*
Matthew D. Satchwell

**EXHIBIT A**

| U.S. Patent No. 8,742,269 ("'269 Patent") ||||
|---|---|---|---|
| **Claim Term** | **Claims** | **Proposed Construction** | **Exemplary Intrinsic Evidence** |
| "control device operable to carry out at least two operational conditions of a surgical device"<br><br>This claim element is governed by 35 U.S.C. §112, ¶6. | 1, 16, 20 | This claim element is governed by 35 U.S.C. §112, ¶6.<br><br>Claimed function: to carry out at least two operational conditions<br><br>The components(s), act(s), or material(s) disclosed in the patent for performing this claimed function is as follows:<br><br>assembly consisting of a processor and related circuitry | *See, e.g.,* '269 Patent at 6:4-8, 6:40-43, 6:50-54, 11:66-12:15, 30:4-16, 12:36-46, 13:12-37, 19:54-67, 21:52-58, 28:4-19, 30:4-12, 35:1-4, Figures 3,18, 20, 47 |
| "operational conditions" | 1, 8, 16, 20 | condition in which an amount of power is delivered to drive the surgical device | *See, e.g.,* '269 Patent at Abstract, 6:44:-49, 6:50-54, 32:50-58, 34:30-39, 35:8-43, 6:61-65; '269 Patent File History at 12/9/13 Reply to 9/26/13 Office Action; File History of U.S. Pat. No. 8,338,726 (App No. 12868505) 8/25/10 Application, Claim 1 at pg. 58, Claims 1, 3, 4, 5, 16, 17, 25)<br><br>*See also supra* re "control device" |

**EXHIBIT A**

| U.S. Patent No. 8,742,269 ("'269 Patent") ||||
|---|---|---|---|
| **Claim Term** | **Claims** | **Proposed Construction** | **Exemplary Intrinsic Evidence** |
| "a single actuation member" | 16, 20 | single depressible button | *See, e.g.,* '269 Patent at Claim 1, 35:21-23; '269 patent File History, 12/9/13 Reply to 9/26/13 Office Action at 9-10. |
| "effecting a first [or second] of the at least two operational conditions" | 16, 20 | causing a first/second operational condition | *See, e.g.,* '269 Patent at Abstract, 5:16-21, 6:15-2, 6:61-65<br><br>*See also supra* re "control device" and "operational conditions" |
| "switch" | 11, 13, 14 | a device for making or breaking a two-pole connection in an electrical circuit | *See, e.g.,* '269 Patent at 6:61-65, 6:66-7:3, 11:4-7, 12:36-46, 13:20-41, 34:61-65, 35:1-43, 36:9-22, 36:29-34, 36:38-49, Figures 3,18, 20, 47, 53-55 |
| "button" | 1, 8, 9, 10, 11, 15, 16, 20 | a device for making or breaking a two-pole connection in an electrical circuit | *See, e.g.,* '269 Patent at Abstract, Fig 53, 5:56-66, 6:4-14, 6:15-25, 6:50-65, 7:7-9, 11:4-7, 35:5-43, 36:9-17, 36:29-34, 36:44-49, Figures 3,18, 20, 40, 47, 53-55 |