UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SYNTHEON, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. NO. 16-10244-ADB |
| | ) | |
| COVIDIEN AG, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT ON CLAIM TERMS FOR CONSTRUCTION PURSUANT TO LOCAL RULE 16.6**

Pursuant to Local Rule 16.6 and the Court's Order of January 17, 2017 (Dkt. No. 59) granting the Joint Motion to Modify Schedule (Dkt. No. 58), Plaintiff, Syntheon, LLC, and Defendant, Covidien AG, respectfully submit this Joint Statement identifying the claim terms for construction.

**I.     The Hearing – Duration and Witnesses**

   A.     Syntheon

Syntheon anticipates that four hours will be needed for the claim construction hearing. Syntheon expects to present the testimony of at least one witness, whose testimony will not conflict with Syntheon's intrinsic evidence.

   B.     Covidien

Covidien anticipates that oral argument on claim construction should take a half-day (approximately four hours), divided equally, for all disputed terms and including a technology tutorial.

Covidien does not presently plan to call witnesses to testify live at the claim construction hearing, but will have their expert witness(es) available should the Court believe that such testimony would be useful in resolving the disputed terms between the parties. Additionally, Covidien may submit testimony in rebuttal to evidence or argument advanced by Plaintiff in connection with the claim construction and expressly reserves the right to do so.

## II. Technical Tutorial

Syntheon does not believe a technical tutorial is necessary at the claim construction hearing. Syntheon reserves the right to present its own technical tutorial, should the Court determine that tutorials are necessary.

### B. Covidien

Covidien believes a technical tutorial is necessary and would assist the Court. The patent and claims are directed to a very specialized field and particularized technology.

## III. Proposed Order of Construction

### A. Syntheon

Syntheon proposes that each party present its arguments on the claim term "operational conditions," and that arguments on the remaining terms be presented in party-by-party order.

### B. Covidien

Covidien proposes the parties present arguments on a term-by-term basis. The proposed terms and respective proposed constructions contain numerous technical nuisances and variances such that presenting argument on a term-by-term basis will streamline and focus the disputes for the Court.

## IV. Number of Claim Terms and Priority

The parties propose 6 claim terms for construction.

A.  Syntheon

Syntheon prioritizes the claim terms in this order:

1) operational conditions

2) single actuation member

3) control device operable to carry out at least two operational conditions of a surgical device

4) effecting a first [or second] of the at least two operational conditions

5) switch

6) button

B.  Covidien

1) operational conditions

2) effecting a first [or second] of the at least two operational conditions

3) control device operable to carry out at least two operational conditions of a surgical device

4) switch

5) button

6) single actuation member

## V.  Joint Claim Construction Chart

A Joint Claim Construction Chart, noting each party's proposed construction and supporting evidence, is attached Appendix A.

Respectfully submitted on April 19, 2017, by:

| Syntheon, LLC | COVIDIEN, AG |
|---|---|
| /s/  Thomas P. McNulty | /s/ Ferlillia V. Roberson |
| Ann Lamport Hammitte (BBO No. 553,263) | Matthew D. Satchwell |
| Thomas P. McNulty (BBO No. 654,564) | Illinois Bar No. 6290672 |
| LANDO & ANASTASI, LLP | matthew.satchwell@dlapiper.com |
| Riverfront Office Park | Ferlillia V. Roberson |
| One Main Street – 11th Floor | Illinois Bar No. 6296432 |
| Cambridge, MA 02142 | ferlillia.roberson@dlapiper.com |
| Tel:  (617) 395-7000 | DLA PIPER LLP (US) |
| Fax:  (617)-395-7070 | 203 North LaSalle Street, Suite 1900 |
| Email: ahammitte@lalaw.com | Chicago, Illinois 60601-1293 |
|             tmcnulty@lalaw.com | Tel: 312.368.4000 |
| | Fax: 312.236.7516 |
| Richard J. Yurko (BBO# 538300) | |
| Douglas W. Salvesen (BBO# 550322) | Drew M. Wintringham, III |
| Anthony B. Fioravanti (BBO# 664823) | drew.wintringham@dlapiper.com |
| YURKO, SALVESEN & REMZ, P.C. | DLA PIPER LLP (US) |
| One Washington Mall | 1251 Avenue of the Americas |
| Boston, MA 02108 | New York, New York 10020-1104 |
| Tel:     (617) 723-6900 | Tel: 212.335.4500 |
| Fax:    (617) 723-6905 | Fax: 212.335.4501 |
| Email: ryurko@bizlit.com | |
|             dsalvesen@bizlit.com | David J. Apfel (BBO No. 551139) |
|             afioravanti@bizlit.com | dapfel@goodwinprocter.com |
| | GOODWIN PROCTER LLP |
| | Exchange Place |
| | Boston, MA 02109 |
| | Tel. 617.570.1970 |
| | Fax: 617.227.8591 |

## **CERTIFICATE OF SERVICE**

I certify that on April 19, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically sends email notification of such filing to registered participants.

 /s/ Thomas P, McNulty

APPENDIX A

Joint Claim Construction Chart for U.S. Patent No. 8,742,269

| U.S. Patent No. 8,742,269 ("'269 Patent") | Syntheon's Proposed Construction | Syntheon's Evidence | Covidien's Proposed Construction | Covidien's Evidence | Court's Construction |
|---|---|---|---|---|---|
| "control device operable to carry out at least two operational conditions of a surgical device" | Plain and ordinary meaning.<br><br>Alternative: a device, for regulating the operation of a surgical device, that is capable of carrying out two or more operational conditions of the surgical device. | Claim 1, 5, 8, 16, 20; col. 5 l. 56-col. 6, l. 54; col. 12 ll. 25-34; '269 File History at December 9, 2013 Response to Office Action. | This claim element is governed by 35 U.S.C. §112, ¶ 6. The disclosed structure is: "assembly consisting of a processor and related circuitry" The disclosed function is: "to carry out at least two operational conditions" Plain | *See, e.g.,* '269 Patent at 6:4-8, 6:40-43, 6:50-54, 11:66-12:15, 30:4-16, 12:36-46, 13:12-37, 19:54-67, 21:52-58, 28:4-19, 30:4-12, 35:1-4, Figures 3,18, 20, 47; '269 patent File History | |
| "operational conditions" | Plain and ordinary meaning.<br><br>Alternative: states of the surgical device when used in surgery, such as grasping, clamping, cutting, cauterizing, or coagulating. | Claims 1, 6-8, 16, 20; Fig. 1, 6, 25; col. 3 ll. 4-18 and 30-44; col. 14. l. 38-col. 15, l. 8; col. 19 ll. 54-67; Dictionary definition of "operational" (Dkt No. 78-2); Dictionary definition of "condition" (Dkt. No 78-3); Declaration of | Condition in which an amount of power is delivered to drive the surgical device | *See, e.g.,* '269 Patent at Abstract, 6:44:-49, 6:50-54, 32:50-58, 34:30-39, 35:8-43, 6:61-65; '269 Patent File History at 12/9/13 Reply to 9/26/13 Office Action; File History of | |

| | | Derek D. Deville (Dkt. No. 78-4); Declaration of Neil Sheehan (Dkt. No. 82-1 – 82-3; U.S. Patent Nos. 6,004,335 (Dkt. 82-5), 6,036,667 (Dkt. 82-6), and 6,024,750 (Dkt. 82-7). | | U.S. Pat. No. 8,338,726 (App No. 12868505) 8/25/10 Application, Claim 1 at pg. 58, Claims 1, 3, 4, 5, 16, 17, 25) *See also supra* re "control device" | |
|---|---|---|---|---|---|
| "a single actuation member" | Plain and ordinary meaning.<br><br>Alternative: a single device configured to move the two-actuation-position button. | Claims 16, 19, 20; '269 File History at December 9, 2013 Response to Office Action; Figs. 13, 14, 18, 19, 21-30, 39, 44, 46-50, Col. 22 ll. 17-26; Col. 27 ll. 4-25, Col. 34, l. 58-col. 5, l. 54; Dictionary definition of "actuate" (Dkt. No. 78-5); Declaration of Derek D. Deville (Dkt. No. 78-4); Dictionary of Mechanical Engineering (Dkt. No. 78-6) | Single depressible button | *See, e.g.,* '269 Patent at Claim 1, 35:21-23; '269 patent File History, 12/9/13 Reply to 9/26/13 Office Action at 9-10. | |
| "effecting a first [or second] of the at least | Plain and ordinary meaning. | Fig. 6; Col. 3, ll. 30-44; col. 6, ll. 15-49; | Causing a first/second | *See, e.g.,* '269 Patent at Abstract, | |

2

| | | | | | |
|---|---|---|---|---|---|
| two operational conditions" | Alternative: bringing about or accomplishing the first [or second] operational condition. | col. 6, l.66-col. 7, l.3; col. 6, l. 38– col. 7, l. 8; Claims 1, 6, 7, 16, 20. | operational condition | 5:16-21, 6:15-2, 6:61-65 *See also supra* re "control device" and "operational conditions" | |
| "switch" | Plain and ordinary meaning. | Fig. 3, 47-50, 53-55; col. 5 ll. 16-25; col. 6, l. 61-col. 7, l. 19; col. 12 ll. 36-53; col. 13, ll. 20-37; col. 34, l. 58-col. 36, l. 17; Declaration of Derek D. Deville (Dkt. No. 78-4); Dictionary of Mechanical Engineering (Dkt. No. 78-6) | A device for making or breaking a two-pole connection in an electrical circuit | *See, e.g.,* '269 Patent at 6:61-65, 6:66-7:3, 11:4-7, 12:36-46, 13:20-41, 34:61-65, 35:1-43, 36:9-22, 36:29-34, 36:38-49, Figures 3,18, 20, 47, 53-55; Dictionary definition of "switch" (Dkt. No. 79-3) | |
| "button" | Plain and ordinary meaning. | Claim 10; Declaration of Derek D. Deville (Dkt. No. 78-4); Dictionary definition of "button" (Dkt. No. 78-8) | A device for making or breaking a two-pole connection in an electrical circuit | *See, e.g.,* '269 Patent at Abstract, Fig 53, 5:56-66, 6:4-14, 6:15-25, 6:50-65, 7:7-9, 11:4-7, 35:5-43, 36:9-17, 36:29-34, 36:44-49, Figures 3,18, 20, 40, 47, 53-55 | |

3