**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| SYNTHEON, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action NO. 16-10244-ADB |
| | ) | |
| COVIDIEN AG, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT COVIDIEN AG'S OPPOSITION TO
PLAINTIFF'S MOTION TO STRIKE**

Defendant Covidien AG opposes Plaintiff's Objections to Hearsay Statements in Summary Judgment Record and Motion to Strike, Dkt 91 ("Motion to Strike"). As acknowledged by Syntheon, the concerns with purported hearsay that are raised in the Motion to Strike were previously raised in Syntheon's Reply memorandum, Dkt #84. *See* Motion to Strike at 1, n.1. Syntheon offers nothing new in its formal Motion to Strike that it had not previously raised in its Reply memorandum. And all of Syntheon's prior arguments were addressed and fully rebutted by Covidien in its Sur-Reply memorandum, Dkt. #88 at 4-5, which is incorporated herein by reference. Covidien will not repeat its rebuttal explanations here. Let it suffice to say that the Motion to Strike should be denied because the purported hearsay statements Plaintiff seeks to strike are not hearsay, as they are not being offered for the truth of the matters asserted. Furthermore, Plaintiff's argument that the purported hearsay statements should be stricken as "inherently unreliable," is nothing more than an attack on the credibility of the declarant of the statements. As such, the argument highlights one of the many reasons why Plaintiff's motion for

partial summary judgment must be denied, namely, the fact that there are credibility issues which must be decided by the fact-finder at trial.

Date:  May 8, 2017

Respectfully Submitted,

COVIDIEN AG,

By its attorneys,

/s/ David J. Apfel
David J. Apfel (BBO No. 551139)
dapfel@goodwinlaw.com
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA  02210
Tel: 617.570.1970
Fax: 617.523.1231

Matthew D. Satchwell (Ill Bar #6290672)
matthew.satchwell@dlapiper.com
Ferlillia V. Roberson (Ill Bar #6296432)
ferlillia.roberson@dlapiper.com
DLA PIPER LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
Tel: 312.368.4000
Fax: 312.236.7516

Drew M. Wintringham, III
drew.wintringham@dlapiper.com
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: 212.335.4500
Fax: 212.335.4501

CERTIFICATE OF SERVICE

I, David J. Apfel, hereby certify that I have this day, May 8, 2017, electronically served the above Opposition to Plaintiff's Motion to Strike through the ECF system on all counsel of record identified on the Notice of Electronic Filing (NEF).   A paper copy of the Defendant's Opposition shall be served by mail on all counsel of record not identified on the NEF.

/s/ David J. Apfel
David J. Apfel (BBO #551153)