UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
SYNTHEON, LLC,                          )
                                        )
                    Plaintiff,          )
                                        )        C.A. NO. 16-10244-ADB
v.                                      )
                                        )
COVIDIEN AG,                            )
                                        )
                    Defendant.          )
_____)

## NOTICE OF APPEARANCE

To the Clerk of the Above-Named Court:

        Please take notice of the appearance of David S. Godkin of the firm Birnbaum &

Godkin, LLP, as local counsel for Non-Party Carter, DeLuca, Farrell & Schmidt LLP.

                        NON-PARTY CARTER, DELUCA, FARRELL
                        & SCHMIDT LLP,
                        By its attorneys,



                        /s/ David S. Godkin_____
                        David S. Godkin (BBO#196530)
                        James E. Kruzer (BBO#670827)
                        BIRNBAUM & GODKIN, LLP
                        280 Summer Street, 5th Fl.
                        Boston, MA, 022110
                        Tel: (617) 307-6100
                        godkin@birnbaumgodkin.com
                        kruzer@birnbaumgodkin.com

Of Counsel:

Naveen Modi
PAUL HASTINGS LLP
875 15th St NW
Washington, DC 20005
Tel: (202) 551-1700
naveenmodi@paulhastings.com

CERTIFICATE OF SERVICE

I, David S. Godkin, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 31, 2017.

*/s/ David S. Godkin*_____
David S. Godkin