UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SYNTHEON, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. NO. 16-10244-ADB |
| v. | ) |
| | ) |
| COVIDIEN AG, | ) |
| | ) |
| Defendant. | ) |

## **NOTICE OF APPEARANCE**

To the Clerk of the Above-Named Court:

    Please take notice of the appearance of James E. Kruzer of the firm Birnbaum & Godkin, LLP, as local counsel for Non-Party Carter, DeLuca, Farrell & Schmidt LLP.

                  NON-PARTY CARTER, DELUCA, FARRELL
                  & SCHMIDT LLP,
                  By its attorneys,

                  */s/ James E. Kruzer*
                  David S. Godkin (BBO#196530)
                  James E. Kruzer (BBO#670827)
                  BIRNBAUM & GODKIN, LLP
                  280 Summer Street, 5th Fl.
                  Boston, MA, 022110
                  Tel: (617) 307-6100
                  godkin@birnbaumgodkin.com
                  kruzer@birnbaumgodkin.com

Of Counsel:

Naveen Modi
PAUL HASTINGS LLP
875 15th St NW
Washington, DC 20005
Tel: (202) 551-1700
naveenmodi@paulhastings.com

## CERTIFICATE OF SERVICE

    I, David S. Godkin, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 31, 2017.

                                                      */s/ James E. Kruzer*
                                                      James E. Kruzer